**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 15-2460**

———————

KIMBERLY LETKE,

            Plaintiff - Appellant,

      v.

WELLS FARGO HOME MORTGAGE,

            Defendant - Appellee,

      and

CEO JOHN STUMPF; ADAM VELDE, Mortgage Specialist,

            Defendants.

———————

Appeal from the United States District Court for the District of Maryland, at Baltimore.   Richard D. Bennett, District Judge. (1:12-cv-03799-RDB)

———————

Submitted:  May 19, 2016                    Decided:  May 23, 2016

———————

Before SHEDD and DIAZ, Circuit Judges, and DAVIS, Senior Circuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Kimberly Letke, Appellant Pro Se.  Michael S. Barranco, TREANOR, POPE & HUGHES, PA, Towson, Maryland, for Appellee.

———————

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Kimberly Letke appeals the district court's order granting summary judgment to Wells Fargo Home Mortgage, on her state law claim. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Letke v. Wells Fargo Home Mortg., No. 1:12-cv-03799-RDB (D. Md. Oct. 19, 2015). We deny Letke's motion to seal and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

AFFIRMED

2